IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


RONNIE MYATT                                                                    PLAINTIFF


v.                          NO. 3:18-cv-00004 PSH


NANCY A. BERRYHILL, Acting Commissioner                    DEFENDANT
of the Social Security Administration


ORDER

Pursuant to the Memorandum Opinion and Order entered this day, judgment is

entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 17th day of July, 2018.


_____
UNITED STATES MAGISTRATE JUDGE